UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S., et al., <br>     Plaintiffs, <br> v. <br> BLUE SHIELD OF CALIFORNIA, et al., <br>     Defendants. | Case No. 24-cv-01994-JST <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: ECF No. 74 |

The parties have filed a notice of settlement. ECF No. 74. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

**IT IS SO ORDERED**.

Dated: November 20, 2024

                                                                     JON S. TIGAR <br>
                                                United States District Judge